935 A.2d 1266

**Khalid WILCOX, Petitioner,**

**v.**

**Thomas CORBETT, Attorney General for the Commonwealth of Penn., James T. Wynder, Superintendent at SCI Dallas, 1000 Follies Road, Dallas, PA 18612, Respondent.**

**No. 146 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.

935 A.2d 1266

**Milton JOHNSON, Petitioner,**

**v.**

**Thomas CORBETT, Attorney General for the Commonwealth of Pennsylvania, James T. Wynder, Superintendent at SCI Dallas, 1000 Follies Road, Dallas, PA 19612, Respondents.**

**No. 147 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition Pro Breve D'Habeas Corpus Ad Subjiciendum is denied.